In the Matter of New York City Asbestos Litigation.

Charles D. North, as Executor of Ralph P. North, Deceased, Respondent, v Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., et al., Defendants, National Grid Generation, LLC, Appellant, and O'Connor Constructors, Inc., Respondent.

Submitted March 27, 2017; decided June 1, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 915 (2017)].